TWENTY FOURTH JUDICIAL DISTRICT COURT

PARISH OF JEFFERSON

STATE OF LOUISIANA

NO. 689514                                                                 DIVISION "H"

IRENE HOM TOY

versus

NATIONAL CITY BANK, NATIONAL CITY MORTGAGE, NATIONAL CITY MORTGAGE CO. and NATIONAL CITY MORTGAGE, INC.

FILED: _____     _____
                                                              DEPUTY CLERK

### NOTICE OF REMOVAL

TO:   Mr. Jon A. Gegenheimer
      Clerk of Court, 24th JDC
      5600 General Government Bldg
      2200 Derbigny Street
      Gretna, Louisiana 70053

Attached is a copy of the Notice of Removal that was filed on October 22, 2010 in the United States District Court for the Eastern District of Louisiana, removing these proceedings from this Court.

Respectfully submitted this 22nd day of October, 2010.

McGLINCHEY STAFFORD, PLLC

/s/ Angelina Christina
ANTHONY ROLLO (# 1133)
ANGELINA CHRISTINA (#28530)
McGlinchey Stafford, PLLC
601 Poydras Street, 12th Floor
New Orleans, LA 70130-3477
Telephone: (504) 586-1200
Facsimile: (504) 596-2800
Email: arollo@mcglinchey.com
       achristina@mcglinchey.com

*Counsel for Defendant,
PNC Bank, National Association, incorrectly
named by Plaintiff as National City Bank,
National City Mortgage, National City Mortgage
Co. and National City Mortgage Co., Inc.*

885788.1                                    1                          **EXHIBIT A**

## CERTIFICATE OF SERVICE

I hereby certify that, a copy of the above and foregoing has been forwarded by either telecopy transmission, email, hand delivery, or placing same in the U.S. Mail, postage prepaid to all counsel of record as well as the following:

>Kenneth C. Fonte
>1008 Green Street
>Metairie, LA 70001

on October 22, 2010.

_____
ANGELINA CHRISTINA