DIV. H
JUDGE
GLENN B. ANSARDI

TWENTY FOURTH JUDICIAL DISTRICT COURT

PARISH OF JEFFERSON

STATE OF LOUISIANA

NO. 689-514                                                              DIVISION " "

IRENE HOM TOY

VERSUS

NATIONAL CITY BANK, NATIONAL CITY MORTGAGE, NATIONAL CITY

MORTGAGE CO. and NATIONAL CITY MORTGAGE, INC.

Filed: _____        _____
                                                                                              Deputy Clerk

**PETITION DAMAGES AND RESTITUTION**

The petition of Irene Hom Toy, who is domiciled in the Parish of Jefferson, State of Louisiana, makes the following judicial demand against National City Bank, National City Mortgage, National City Mortgage Co. and National City Mortgage, Inc., located in the State of Ohio, and alleges:

1.

The defendants, National City Bank, National City Mortgage, National City Mortgage Co. and National City Mortgage, Inc., are located in the State of Ohio. The mailing address of the defendants is 3232 Newmark Drive, Miamisburg, Ohio 45342. The defendants are identified collectively, individually and alternatively in this petition as National City Bank. The defendants are related to each other and do business in each other's names. The defendants have used each other's names interchangeably with respect to the transactions, contracts, acts and conduct described by this action.

2.

The court has personal jurisdiction over National City Bank pursuant to Louisiana's long arm statute, La. R. S. 13:3201. This action arises out of National City Bank: a) transacting business in Louisiana; b) causing damage by an offense committed through wrongful acts in Louisiana; and c) causing damage by an offense committed through wrongful acts outside of Louisiana. National City Bank does, and solicits, business in Louisiana; and it derives revenues from services rendered in Louisiana.

EXHIBIT B

3.

National City Bank held a promissory note made by Irene Hom Toy secured by a mortgage on the plaintiff's home located at 3901 Kent Avenue, Metairie, Louisiana.

4.

On July 4, 2009, National City Bank, acting through an agent, deliberately and in bad faith broke and entered into Irene Hom Toy's home without lawful authority. National City Bank caused physical damage and loss to Plaintiff's home and contents during the course of carrying out the unlawful entry. Additionally, National City Bank invaded Plaintiff's privacy, unlawfully took temporary physical possession of Plaintiff's home, and wrongfully interfered with Plaintiff's peaceful possession and use of her home – all of which caused her to suffer general damages, including but not limited to inconvenience, anxiety, embarrassment and humiliation.

5.

On July 13, 2009, National City Bank deliberately and in bad faith demanded and obtained from Irene Hom Toy a sum of money in excess of the amount owed on the promissory note as a condition of releasing the mortgage on Plaintiff's home. National City Bank knew that Plaintiff needed to obtain a release of the mortgage to sell her home to a third party on July 13, 2009. National City Bank knew on July 6, 2009 that Plaintiff had fully paid all past due amounts owed on the promissory note. National City Bank entered into a consent judgment rendered on July 6 and signed by the court on July 8, 2009, in case # 672-407, recognizing that Plaintiff had paid all amounts necessary to reinstate the promissory note to current status through July 2009. Notwithstanding the provisions of the consent judgment, National City Bank would not authorize a release of its mortgage to allow the closing of the sale to proceed unless it received an additional sum of approximately $21,000.00. National City Bank knew that Irene Hom Toy did not owe that additional sum, and that it had no right under the promissory note, mortgage or judgment to demand that additional sum as a condition of authorizing the release of its mortgage. Irene Hom Toy was wrongfully forced to turn over the additional sum to National City Bank in order to avoid breaching her contract to sell her home. The funds were wrongfully collected by National City Bank at the closing of the sale; which took place in the Parish of Jefferson.

IMAGED JUL - 6 2010    689514

6.

National City Bank is indebted to Irene Hom Toy for the remaining balance of the additional sum wrongfully collected from her.

7.

National City Bank breached the promissory note and mortgage in bad faith by wrongfully demanding and collecting additional funds not owed by Plaintiff as a condition of releasing the mortgage.

8.

National City Bank's wrongful acts described by paragraph 5 also constitute an illegal debt collection practice and an unlawful conversion of Plaintiff's money, and a violation of Plaintiff's rights recognized and decreed by the judgment referenced by paragraph 5. In addition to returning the remaining balance of the wrongfully taken funds, National City Bank is also indebted to Plaintiff general damages, including but not limited to inconvenience, anxiety, embarrassment and humiliation.

9.

Because National City Bank acted with bad faith in breaching its contractual obligations, Plaintiff is entitled to recover all damages suffered by her regardless of foreseeability.

10.

The wrongful acts of National City Bank described by paragraph constitute the charging and collecting of usurious interest. Charging Plaintiff an additional sum of approximately $21,000.00 for the use of the remaining principal of the promissory from July 6 to July 13, 2009 [$3,000.00 per day on a principal balance of approximately $108,000.00], represents an interest rate of more than 1000% per annum. As a result, Plaintiff is entitled to recover double the amount of the additional sum wrongfully charged and collected by National City Bank as described by paragraph 5.

WHEREFORE the plaintiff, IRENE HOM TOY, prays for judgment in her favor and against the defendants, National City Bank, National City Mortgage, National City Mortgage Co. and National City Mortgage, Inc., collectively, individually, alternatively and in solido, for all compensatory damages, restitution, and penalties recoverable for the defendant's wrongful acts,

Page 3

IMAGED JUL - 6 2010

689514

together with interest thereon from date of judicial demand until paid, and for all costs of this action.

*[signature]*

Kenneth C. Fonte (#5649)
1008 Green Street
Metairie, LA 70001
Tel. (504) 915-3259
Fax (866) 387-5791
E-M: kenfonte @ aol.com
Attorney for Irene Hom Toy

PLEASE ISSUE PROCESS AND SERVE DEFENDANTS:

***VIA LONG ARM STATUTE***

National City Bank
3232 Newmark Drive
Miamisburg, Ohio 45342

AND

National City Mortgage
3232 Newmark Drive
Miamisburg, Ohio 45342

AND

National City Mortgage Co.
3232 Newmark Drive
Miamisburg, Ohio 45342

AND

National City Mortgage, Inc.
3232 Newmark Drive
Miamisburg, Ohio 45342

(101) Citation: ISS PETITION DAMAGES AND RESTITUTION;  100712-5162-2

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

IRENE HOM TOY
   versus
NATIONAL CITY BANK, NATIONAL CITY MORTGAGE,
NATIONAL CITY MORTGAGE CO. AND NATIONAL CITY
MORTGAGE, INC.

Case: 689-514   Div: "H"
P 1 IRENE HOM TOY

To: NATIONAL CITY BANK
3232 NEWMARK DRIVE
MIAMISBURG OH 45342

THRU THE LOUISIANA LONG ARM STATUTE

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the **PETITION DAMAGES AND RESTITUTION** of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within **THIRTY (30) CALENDAR** days after the service hereof, under penalty of default.

This service was requested by attorney KENNETH C. FONTE and was issued by the Clerk Of Court on the 12th day of July, 2010.

Kelly B Picou, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk Of Court

_____ SERVICE INFORMATION _____

(101) Citation: ISS PETITION DAMAGES AND RESTITUTION;  100712-5162-2

Received: _____  Served: _____  Returned: _____

Service was made:
   ___ Personal     ___ Domiciliary _____

Unable to serve:
   ___ Not at this address     ___ Numerous attempts _____ times
   ___ Vacant     ___ Received too late to serve
   ___ Moved     ___ No longer works at this address
   ___ No such address     ___ Need apartment / building number
   ___ Other _____

Service: $ _____   Mileage: $ _____   Total: $ _____

Completed by: _____ # _____
               Deputy Sheriff
Parish of: _____

(101) Citation: ISS PETITION DAMAGES AND RESTITUTION;                100712-5163-0

### 24TH JUDICIAL DISTRICT COURT
### PARISH OF JEFFERSON
### STATE OF LOUISIANA

IRENE HOM TOY
   versus
NATIONAL CITY BANK, NATIONAL CITY MORTGAGE,
NATIONAL CITY MORTGAGE CO. AND NATIONAL CITY
MORTGAGE, INC.

Case: 689-514   Div: "H"
P 1 IRENE HOM TOY

To: NATIONAL CITY MORTGAGE
3232 NEWMARK DRIVE
MIAMISBURG OH 45342

THRU THE LOUISIANA LONG ARM
STATUTE

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the **PETITION DAMAGES AND RESTITUTION** of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within **THIRTY (30) CALENDAR** days after the service hereof, under penalty of default.

This service was requested by attorney KENNETH C. FONTE and was issued by the Clerk Of Court on the 12th day of July, 2010.

Kelly B Picou, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk Of Court

_____ SERVICE INFORMATION _____

(101) Citation: ISS PETITION DAMAGES AND RESTITUTION;                100712-5163-0

Received:_____   Served:_____   Returned:_____

Service was made:
   ___ Personal     ___ Domiciliary _____

Unable to serve:
   ___ Not at this address     ___ Numerous attempts _____ times
   ___ Vacant                  ___ Received too late to serve
   ___ Moved                   ___ No longer works at this address
   ___ No such address         ___ Need apartment / building number
   ___ Other _____

Service: $_____   Mileage: $_____   Total: $_____

Completed by:_____ # _____
                Deputy Sheriff
Parish of: _____

(101) Citation: ISS PETITION DAMAGES AND RESTITUTION;     100712-5164-8

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

IRENE HOM TOY
   versus
NATIONAL CITY BANK, NATIONAL CITY MORTGAGE,
NATIONAL CITY MORTGAGE CO. AND NATIONAL CITY
MORTGAGE, INC.

Case: 689-514    Div: "H"
P 1 IRENE HOM TOY

To: NATIONAL CITY MORTGAGE CO
3232 NEWMARK DRIVE
MIAMISBURG OH 45342

THRU THE LOUISIANA LONG ARM
STATUTE

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the **PETITION DAMAGES AND RESTITUTION** of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within **THIRTY (30) CALENDAR** days after the service hereof, under penalty of default.

This service was requested by attorney KENNETH C. FONTE and was issued by the Clerk Of Court on the 12th day of July, 2010.

_____
Kelly B Picou, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk Of Court

_____ SERVICE INFORMATION _____

(101) Citation: ISS PETITION DAMAGES AND RESTITUTION;     100712-5164-8

Received: _____    Served: _____    Returned: _____

Service was made:
    ___ Personal     ___ Domicilary _____

Unable to serve:
    ___ Not at this address     ___ Numerous attempts _____ times
    ___ Vacant     ___ Received too late to serve
    ___ Moved     ___ No longer works at this address
    ___ No such address     ___ Need apartment / building number
    ___ Other _____

Service: $_____    Mileage: $_____    Total: $_____

Completed by: _____ # _____
                  Deputy Sheriff
Parish of: _____

(101) Citation: ISS PETITION DAMAGES AND RESTITUTION;   100712-5165-5

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

IRENE HOM TOY
   versus
NATIONAL CITY BANK, NATIONAL CITY MORTGAGE,
NATIONAL CITY MORTGAGE CO. AND NATIONAL CITY
MORTGAGE, INC.

Case: 689-514   Div: "H"
P 1 IRENE HOM TOY

To: NATIONAL CITY MORTGAGE INC
3232 NEWMARK DRIVE
MIAMISBURG OH 45342

THRU THE LOUISIANA LONG ARM STATUTE

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the **PETITION DAMAGES AND RESTITUTION** of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within **THIRTY (30) CALENDAR** days after the service hereof, under penalty of default.

This service was requested by attorney KENNETH C. FONTE and was issued by the Clerk Of Court on the 12th day of July, 2010.

Kelly B Picou, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk Of Court

_____ SERVICE INFORMATION _____

(101) Citation: ISS PETITION DAMAGES AND RESTITUTION;   100712-5165-5

Received:_____   Served:_____   Returned:_____

Service was made:
   ___ Personal   ___ Domicilary _____

Unable to serve:
   ___ Not at this address   ___ Numerous attempts ___ times
   ___ Vacant   ___ Received too late to serve
   ___ Moved   ___ No longer works at this address
   ___ No such address   ___ Need apartment / building number
   ___ Other _____

Service: $_____   Mileage: $_____   Total: $_____

Completed by:_____ #_____
                Deputy Sheriff
Parish of: _____



TWENTY FOURTH JUDICIAL DISTRICT COURT

PARISH OF JEFFERSON

STATE OF LOUISIANA

NO. 689514                                      DIVISION "H"

**IRENE HOM TOY**

versus

**NATIONAL CITY BANK, NATIONAL CITY MORTGAGE, NATIONAL CITY MORTGAGE CO. and NATIONAL CITY MORTGAGE, INC.**

FILED: _____      _____

                                                                          **DEPUTY CLERK**

**CONSENT MOTION FOR EXTENSION OF TIME**

       National City Bank, National City Mortgage, National City Mortgage Company and National City Mortgage, Inc. (collectively "National City"), Defendants, through undersigned counsel, without waiving any objections to service of process, of citation, or to jurisdiction, and reserving all other rights and objections, respectfully move the Court for an extension of time of thirty (30) days, through and including September 1, 2010, within which to object, except, or file responsive pleadings to the Petition for Damages and Restitution, filed by Plaintiff in the captioned case. National City has only retained counsel in this matter, and requires additional time to prepare objections, exceptions, or responsive pleadings.

       This is the first extension requested by National City, who has conferred with and obtained the consent of Plaintiff's counsel in connection with the relief requested herein.

       Respectfully submitted this 3rd day of August, 2010.

                                          ANTHONY ROLLO, T.A. (#01133)
                                          ANGELINA CHRISTINA (#28530)
                                          **McGlinchey Stafford, PLLC**
                                          601 Poydras Street, 12th Floor
                                          New Orleans, LA 70130-3477
                                          Telephone: (504) 586-1200
                                          Facsimile: (504) 596-2800
                                          Email: arollo@mcglinchey.com
                                                      achristina@mcglinchey.com
                                          *Attorneys for Defendants,*
                                          *National City Bank, National City Bank, National City Mortgage, National City Mortgage Company and National City Mortgage, Inc.*

883472.1

1

## CERTIFICATE OF SERVICE

I hereby certify that, a copy of the above and foregoing has been forwarded by either telecopy transmission, email, hand delivery, or placing same in the U.S. Mail, postage prepaid to all counsel of record as well as the following:

> Kenneth C. Fonte
> 1008 Green Stret
> Metairie, LA  70001

on August 3, 2010.

_____
ANGELINA CHRISTINA

TWENTY FOURTH JUDICIAL DISTRICT COURT

PARISH OF JEFFERSON

STATE OF LOUISIANA

NO. 689514 DIVISION "h"

IRENE HOM TOY

versus

NATIONAL CITY BANK, NATIONAL CITY MORTGAGE, NATIONAL CITY MORTGAGE CO. and NATIONAL CITY MORTGAGE, INC.

FILED: _____   _____
                                                                              DEPUTY CLERK

### ORDER

**CONSIDERING** the above and foregoing Motion for Extension of Time;

**IT IS HEREBY ORDERED** that National City Bank, National City Mortgage, National City Mortgage Company, and National City Mortgage, Inc. be and hereby are granted an extension up to and including September 1, 2010, for the purpose of objecting, excepting, or filing responsive pleadings to the Petition for Damages and Restitution filed in this case, including, without limitation, exceptions, an answer, or any incidental demands, and/or objections.

Gretna, Louisiana, this 12TH day of August, 2010.

_____
JUDGE GLENN B. ANSARDI

CODED

883472.1

IMAGED AUG 1 8 2010

# ⓢ McGLINCHEY STAFFORD PLLC

**ATTORNEYS AT LAW**

LOUISIANA   MISSISSIPPI   NEW YORK   OHIO   TEXAS

ANGELINA CHRISTINA
Direct (504) 596-2789
eFax (504) 910-9407
achristina@mcglinchey.com

August 3, 2010

In Reference to Case #: 689-514
Division: H

*Dne 8-10-10*

**Jon A. Gegenheimer**
Jefferson Parish Clerk of Court

*nafd 8-4-10 9:55 AM*

DI 703

24th Judicial District Court
**FAX Filing**
P.O. Box 10
Gretna LA 70054-0010
www.jpclerkofcourt.us
Telephone: (504) 364-2987

*CODED*

• ANGELINA CHRISTINA, ATTY.
  FAX # 910-9407

AUGUST 4, 20 10

*FILED FOR RECORD 2010 AUG -6 PM 12:03 DEPUTY CLERK JEFFERSON, LA*

# FACSIMILE FILING ACKNOWLEDGMENT

From:   Karen McEvers, Chief Civil Docket Clerk
        24th Judicial District Court Civil Department
        Jefferson Parish Clerk of Court
        (504) 364-2987   FAX: (504) 364-3780

Total Number of Pages: 4

Document Type: **CONSENT MOTION FOR EXTENSION OF TIME**

Case Title: IRENE HOM TOY VS. NATIONAL CITY BANK, NATIONAL CITY MORTGAGE, NATIONAL CITY MORTGAGE CO. AND NATIONAL CITY MORTGAGE, INC.

Receipt is hereby acknowledged of the above described document, which was filed at ____4:35____ ☐ A.M./☑ P.M. on _____ AUGUST 3, 20 10. Per R.S. 13:850, please remit the original pleading within 5 days of faxing to the Jefferson Parish Clerk of Court with funds in the amounts listed below:

| | |
|---|---|
| Check payable to "Jefferson Parish Clerk of Court": | $ **19.00** |
| Check payable to "Orleans Parish Civil Sheriff": | $ |
| Check payable to "Louisiana Secretary of State": | $ |
| Check payable to "East Baton Rouge Sheriff": | $ |
| Check payable to | : $ |

Please enclose this acknowledgment when original pleading is filed.

ATTN:  Civil Filing Dept.
24th Judicial District Court, Division __H__
Jefferson Parish Clerk of Court
P.O. Box 10
Gretna LA 70054-0010

**PLEASE ADDRESS ALL CORRESPONDENCE TO INCLUDE DIVISION OR DEPARTMENT**

IMAGED AUG 18 2010

TWENTY FOURTH JUDICIAL DISTRICT COURT

PARISH OF JEFFERSON

STATE OF LOUISIANA

NO. 689514                                                                DIVISION "H"

IRENE HOM TOY

versus

NATIONAL CITY BANK, NATIONAL CITY MORTGAGE, NATIONAL CITY MORTGAGE CO. and NATIONAL CITY MORTGAGE, INC.

FILED: _____          _____
                                                              DEPUTY CLERK

## CONSENT MOTION FOR EXTENSION OF TIME

National City Bank, National City Mortgage, National City Mortgage Company and National City Mortgage, Inc. (collectively "National City"), Defendants, through undersigned counsel, without waiving any objections to service of process, of citation, or to jurisdiction, and reserving all other rights and objections, respectfully move the Court for an extension of time of thirty (30) days, through and including September 1, 2010, within which to object, except, or file responsive pleadings to the Petition for Damages and Restitution, filed by Plaintiff in the captioned case. National City has only retained counsel in this matter, and requires additional time to prepare objections, exceptions, or responsive pleadings.

This is the first extension requested by National City, who has conferred with and obtained the consent of Plaintiff's counsel in connection with the relief requested herein.

Respectfully submitted this 3rd day of August, 2010.

_____
ANTHONY ROLLO, T.A. (#01133)
ANGELINA CHRISTINA (#28530)
McGlinchey Stafford, PLLC
601 Poydras Street, 12th Floor
New Orleans, LA 70130-3477
Telephone: (504) 586-1200
Facsimile: (504) 596-2800
Email: arollo@mcglinchey.com
           achristina@mcglinchey.com
*Attorneys for Defendants,*
*National City Bank, National City Bank, National City Mortgage, National City Mortgage Company and National City Mortgage, Inc.*

883472.1

1

## CERTIFICATE OF SERVICE

I hereby certify that, a copy of the above and foregoing has been forwarded by either telecopy transmission, email, hand delivery, or placing same in the U.S. Mail, postage prepaid to all counsel of record as well as the following:

Kenneth C. Fonte<br>
1008 Green Stret<br>
Metairie, LA 70001

on August 3, 2010.

_____
ANGELINA CHRISTINA

883472.1

2

IMAGED AUG 1 8 2010

689-514

# TWENTY FOURTH JUDICIAL DISTRICT COURT

## PARISH OF JEFFERSON

## STATE OF LOUISIANA

NO. 689514                                                                                       DIVISION "h"

### IRENE HOM TOY

versus

### NATIONAL CITY BANK, NATIONAL CITY MORTGAGE, NATIONAL CITY MORTGAGE CO. and NATIONAL CITY MORTGAGE, INC.

FILED: _____     _____
                                                    DEPUTY CLERK

## ORDER

**CONSIDERING** the above and foregoing Motion for Extension of Time;

**IT IS HEREBY ORDERED** that National City Bank, National City Mortgage, National City Mortgage Company, and National City Mortgage, Inc. be and hereby are granted an extension up to and including September 1, 2010, for the purpose of objecting, excepting, or filing responsive pleadings to the Petition for Damages and Restitution filed in this case, including, without limitation, exceptions, an answer, or any incidental demands, and/or objections.

Gretna, Louisiana, this _____ day of _____, 2010.

_____
**JUDGE GLENN B. ANSARDI**

883472.1

IMAGED AUG 1 8 2010

(101) Citation: RE ISSUE PETITION FOR DAMAGES AND RESTITUTION ;   100923-8385-9

**24TH JUDICIAL DISTRICT COURT**
**PARISH OF JEFFERSON**
**STATE OF LOUISIANA**

IRENE HOM TOY
versus

In Reference to Case #: __689-514__
                         __H__

p/632

**Jon A. Gegenheimer**
Jefferson Parish Clerk of Court

• IRENE HOM TOY
  v.
  NATIONAL CITY BANK,
  ET AL

24th Judicial District Court
Docket Section E & F
P.O. Box 10
Gretna LA 70054-0010
www.clerkofcourt.co.jefferson.la.us
Telephone: (504) 364-2977

__9/17__, 20__10__

PLEASE RE-ISSUE LONG ARM CITATIONS + PETITION ON ~~PETITION~~ FOR DAMAGES AND RESTITUTION ON ALL DEFENDANTS.

Received all cit/pet
9/17/10

CODED

FILED FOR RECORD
2010 SEP 17 AM 10:11
DEPUTY CLERK
PARISH OF JEFFERSON, LA

ISSUED __4 cit (LAS)/Pet Damages &__
DATE __9/17/10__  Restitution
        __Re__
Deputy Clerk  ~~CODED~~

IMAGED SEP 29 2010

(101) Citation: RE-ISS PETITION DAMAGES AND RESTITUTION;   100917-7292-0

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

IRENE HOM TOY, IRENE HOM
   versus
NATIONAL CITY BANK, NATIONAL CITY MORTGAGE,
NATIONAL CITY MORTGAGE CO, NATIONAL CITY
MORTGAGE INC

Case: 689-514   Div: "H"
P 1 IRENE HOM TOY

To: NATIONAL CITY BANK
VIA LONG ARM STATUE
3232 NEWMARK DRIVE
MIAMISBURG, OHIO 45342

LA Long Arm

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the **PETITION DAMAGES AND RESTITUTION** of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within **THIRTY (30) CALENDAR** days after the service hereof, under penalty of default.

This service was requested by attorney KENNETH C. FONTE and was issued by the Clerk Of Court on the 17th day of September, 2010.

_____
Lisa M. Cheramie, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk Of Court

_____ SERVICE INFORMATION _____

(101) Citation: RE-ISS PETITION DAMAGES AND RESTITUTION;   100917-7292-0

Received: _____   Served: _____   Returned: _____

Service was made:
   ___ Personal   ___ Domicilary _____

Unable to serve:
   ___ Not at this address    ___ Numerous attempts _____ times
   ___ Vacant                 ___ Received too late to serve
   ___ Moved                  ___ No longer works at this address
   ___ No such address        ___ Need apartment / building number
   ___ Other _____

Service: $_____   Mileage: $_____   Total: $_____

Completed by: _____ # _____
                    Deputy Sheriff
Parish of: _____

(101) Citation: RE-ISS PETITION DAMAGES AND RESTITUTION;      100917-7293-8

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

IRENE HOM TOY, IRENE HOM
  versus
NATIONAL CITY BANK, NATIONAL CITY MORTGAGE,
NATIONAL CITY MORTGAGE CO, NATIONAL CITY
MORTGAGE INC

Case: 689-514    Div: "H"
P 1 IRENE HOM TOY

To: NATIONAL CITY MORTGAGE
VIA LONG ARM STATUE
3232 NEWMARK DRIVE
MIAMISBURG, OHIO 45342

LA Long Arm

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the **PETITION DAMAGES AND RESTITUTION** of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within **THIRTY (30) CALENDAR** days after the service hereof, under penalty of default.

This service was requested by attorney KENNETH C. FONTE and was issued by the Clerk Of Court on the 17th day of September, 2010.

_____
Lisa M. Cheramie, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk Of Court

_____ SERVICE INFORMATION _____

(101) Citation: RE-ISS PETITION DAMAGES AND RESTITUTION;      100917-7293-8

Received: _____    Served: _____    Returned: _____

Service was made:
     ___ Personal     ___ Domiciliary _____

Unable to serve:
     ___ Not at this address     ___ Numerous attempts _____ times
     ___ Vacant     ___ Received too late to serve
     ___ Moved     ___ No longer works at this address
     ___ No such address     ___ Need apartment / building number
     ___ Other _____

Service: $ _____    Mileage: $ _____    Total: $ _____

Completed by: _____ # _____
                 Deputy Sheriff
Parish of: _____

(101) Citation: RE-ISS PETITION DAMAGES AND RESTITUTION;       100917-7294-6

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

IRENE HOM TOY, IRENE HOM
  versus
NATIONAL CITY BANK, NATIONAL CITY MORTGAGE,           Case: 689-514   Div: "H"
NATIONAL CITY MORTGAGE CO, NATIONAL CITY              P 1 IRENE HOM TOY
MORTGAGE INC

To: NATIONAL CITY MORTGAGE CO
VIA LONG ARM STATUE
3232 NEWMARK DRIVE                                    LA Long Arm
MIAMISBURG, OHIO 45342

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the **PETITION DAMAGES AND RESTITUTION** of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within **THIRTY (30) CALENDAR** days after the service hereof, under penalty of default.

This service was requested by attorney KENNETH C. FONTE and was issued by the Clerk Of Court on the 17th day of September, 2010.

_____
Lisa M. Cheramie, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk Of Court

_____SERVICE INFORMATION_____

(101) Citation: RE-ISS PETITION DAMAGES AND RESTITUTION;       100917-7294-6

Received:_____   Served:_____   Returned:_____

Service was made:
  ___ Personal       ___ Domiciliary _____

Unable to serve:
  ___ Not at this address      ___ Numerous attempts _____ times
  ___ Vacant                   ___ Received too late to serve
  ___ Moved                    ___ No longer works at this address
  ___ No such address          ___ Need apartment / building number
  ___ Other _____

Service: $_____   Mileage: $_____   Total: $_____

Completed by:_____ # _____
                    Deputy Sheriff
Parish of: _____

(101) Citation: RE-ISS PETITION DAMAGES AND RESTITUTION;     100917-7295-3

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

IRENE HOM TOY, IRENE HOM
  versus
NATIONAL CITY BANK, NATIONAL CITY MORTGAGE,
NATIONAL CITY MORTGAGE CO, NATIONAL CITY
MORTGAGE INC

Case: 689-514   Div: "H"
P 1 IRENE HOM TOY

To: NATIONAL CITY MORTGAGE INC
VIA LONG ARM STATUE
3232 NEWMARK DRIVE
MIAMISBURG, OHIO 45342

LA Long Arm

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the **PETITION DAMAGES AND RESTITUTION** of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within **THIRTY (30) CALENDAR** days after the service hereof, under penalty of default.

This service was requested by attorney KENNETH C. FONTE and was issued by the Clerk Of Court on the 17th day of September, 2010.

Lisa M. Cheramie, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk Of Court

_____SERVICE INFORMATION_____

(101) Citation: RE-ISS PETITION DAMAGES AND RESTITUTION;     100917-7295-3

Received: _____    Served: _____    Returned: _____

Service was made:
   ___ Personal     ___ Domicilary _____

Unable to serve:
   ___ Not at this address     ___ Numerous attempts _____ times
   ___ Vacant                  ___ Received too late to serve
   ___ Moved                   ___ No longer works at this address
   ___ No such address         ___ Need apartment / building number
   ___ Other _____

Service: $_____     Mileage: $_____     Total: $_____

Completed by:_____  #_____
              Deputy Sheriff
Parish of: _____